818

No. 189. CHICAGO & NORTH WESTERN RAILWAY CO. *v.* UNITED TRANSPORTATION UNION. C. A. 7th Cir. Certiorari granted.

No. 370. MAGNESIUM CASTING CO. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 1st Cir. Certiorari granted.

No. 434. UNITED TRANSPORTATION UNION (AS SUCCESSOR TO BROTHERHOOD OF RAILROAD TRAINMEN) *v.* STATE BAR OF MICHIGAN. Sup. Ct. Mich. Certiorari granted.

No. 5175. PEREZ ET UX. *v.* CAMPBELL ET AL. C. A. 9th Cir. Motion for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 5342. REWIS ET AL. *v.* UNITED STATES. C. A. 5th Cir. Motion for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 139. KILBY *v.* NOYCE. C. C. P. A. Certiorari denied.

No. 140. BIGHAM *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 155. TRANSPORTATION-COMMUNICATION DIVISION, BROTHERHOOD OF RAILWAY, AIRLINE & STEAMSHIP CLERKS, FREIGHT HANDLERS, EXPRESS & STATION EMPLOYES, ET AL. *v.* ST. LOUIS-SAN FRANCISCO RAILWAY CO. C. A. 8th Cir. Certiorari denied.